
Computer

FILED
SUPERIOR COURT
OF GUAM

'13 OCT 31 PM 4: 39

_____ OF COURT

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| REKHA HEMLANI,<br><br>               Plaintiff,<br><br>       v.<br><br>KISHORE HEMLANI,<br><br>              Defendant. | CIVIL CASE NO. 1980-10<br><br>**DECISION AND ORDER** |

This matter came before the Honorable Arthur R. Barcinas on the 14th day of October, 2013, for hearing on the Defendant's Motion for Continuance. Attorney Daniel J. Berman of Berman O'Connor & Mann represented the Plaintiff, and Attorney Peter C. Perez represented the Defendant. The Court denied the Defendant's Motion for Continuance. For the reasons set forth below, the Court now grants summary judgment in favor of the Plaintiff.

The Court's analysis is set forth in its Decision and Order issued August 1, 2012. On review of the Plaintiff's evidence on reconsideration of summary judgment, the Court finds no genuine issue of material fact as to breach of contract. It is clear from the promissory note, now properly authenticated, that the Plaintiff loaned $270,000 to the Defendant and that the Defendant agreed to repay the Plaintiff on or before November 30, 2010, with interest accruing from December 1, 2009 at 1.334% per month. The Defendant has not performed. Accordingly, summary judgment is granted in favor of the Plaintiff on her claim for breach of contract.

The Plaintiff also requests interest due on the balance of the loan. The Court finds that statutory prejudgment interest is not appropriate in this case, which is an effort to collect on an outstanding loan that is already accumulating interest as specified in the loan agreement. The parties agreed to 1.334% monthly interest, equivalent to a 16% annual rate, which is well within the 24% limit of the applicable usury law, 14 GCA § 3602. Accordingly, the Court enforces the agreement and awards the Plaintiff interest at the rate specified in the agreement, accruing from December 1, 2009 until the date the Defendant satisfies the contemporaneously issued Judgment in this case. In light of the prevailing business custom of compound interest in loans and the absence of any evidence suggesting that the parties agreed to the accrual of mere simple interest, the Court finds that interest compounded monthly is appropriate in this case.

Finally, the Plaintiff requests attorneys' fees in the amount of $2,250 and court costs in the amount of $202. The Court finds, in light of the long and meandering history of this case and the considerable efforts expended by the Plaintiff's attorneys, that such amounts are eminently reasonable. Accordingly, the Court grants the Plaintiff's requests for fees and costs in these amounts.

## CONCLUSION

For the reasons set forth above, summary judgment is GRANTED in favor of the Plaintiff.

**IT IS SO ORDERED** on this day of ___OCT 3 1 2013___.

HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam

OCT 3 1 2013

Benny O. Cruz
Deputy Clerk, Superior Court of Guam